**Dismissed and Memorandum Opinion filed June 11, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00604-CV

### TRUDY  PHUNG, Appellant

### V.

### CAVALRY SPV I, LLC, AS ASSIGNEE OF CITIBANK, N.A., Appellee

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-067581**

## MEMORANDUM  OPINION

This appeal is from a judgment signed August 18, 2023. The clerk's record was filed October 31, 2023. The reporter's record was filed December 6, 2023. No brief was filed.

On April 30, 2024, we issued an order stating that unless appellant filed a brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.